A10A0598. CITY OF McDONOUGH v. CAMPBELL.
(721 SE2d 179)

MILLER, Presiding Judge.

In *City of McDonough v. Campbell*, 289 Ga. 216 (710 SE2d 537) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *City of McDonough v. Campbell*, 304 Ga. App. 428 (696

---

SE2d 150) (2010). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Phipps, P. J., and McFadden, J., concur.*

DECIDED DECEMBER 6, 2011.

*Elarbee, Thompson, Sapp & Wilson, Richard R. Gignilliat, Amy S. Auffant*, for appellant.

*Power, Jaugstetter & Futch, Warren R. Power, Patrick D. Jaugstetter*, for appellee.